IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-069 |
| | ) | |
| BRIAN WILSON | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 20.) Therefore, a motions hearing in this case is not necessary, and all pending motions are **MOOT**. (Doc. nos. 12-15, 18.)

SO ORDERED this 24th day of November, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA